**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01442-REB
(Bankruptcy Case No. 10-13445-KLC; main case pending in the United States Bankruptcy Court for the District of Delaware;11-01634-HRT(adversary proceeding pending in the United States Bankruptcy Court for the District of Colorado)
(Chapter 11)

IN RE: THE BANNING LEWIS RANCH COMPANY, LLC,

    Debtor,

_____

THE BANNING LEWIS RANCH COMPANY, LLC;
BLH NO. 1, LLC;
BLH NO. 2, LLC;
BANNING LEWIS HOLDINGS, LLC,

    Appellants,

v.

CITY OF COLORADO SPRINGS, COLORADO;
COLORADO SPRINGS UTILITIES,

    Appellees.

---

**ORDER GRANTING JOINT MOTION TO ABATE
APPEAL PENDING SETTLEMENT NEGOTIATIONS**

---

**Blackburn, J.**

    The matter before me is the parties' **Joint Motion To Abate Appeal Pending Settlement Negotiations** [#6],[1] filed August 3, 2015.  By this motion, the parties request a limited period of time in which to pursue settlement discussions, which may

---

[1] "[#6]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

result in the dismissal of this appeal. Having considered the motion and being sufficiently advised, I find and conclude that the motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Joint Motion To Abate Appeal Pending Settlement Negotiations** [#6], filed August 3, 2015, is granted;

2. That to allow the parties to pursue settlement, this action is stayed until October 2, 2015; and

3. That by October 2, 2015, the parties shall file a joint status report apprising the court of the status of their negotiations and, based thereon, their views as to how this case should proceed.

Dated August 4, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge