**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01442-REB

(Bankruptcy Case No. 10-13445-KLC (Chapter 11) - main case pending in the United States Bankruptcy Court for the District of Delaware);
(Adversary Proceeding No. 11-01634-HRT - adversary proceeding pending in the United States Bankruptcy Court for the District of Colorado)

In re: BANNING LEWIS RANCH COMPANY, LLC.,

    Debtor.

---

THE BANNING LEWIS RANCH
COMPANY, LLC;
BLH NO. 1, LLC;
BLH NO. 2, LLC;
BANNING LEWIS HOLDINGS, LLC,

    Appellants,

v.

CITY OF COLORADO SPRINGS, COLORADO;
COLORADO SPRINGS UTILITIES,

    Appellees.

---

## ORDER

**Blackburn, J.**

    This matter is before me on the **Status Report and Joint Motion To Extend Abatement of Appeal Pending Settlement Negotiations** [#9][1] filed September 30, 2015. Previously, this court stayed this action until October 2, 2015, to permit the

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

parties to pursue settlement discussions. In the present motion, the parties request that the court hold this appeal in abeyance for an additional 60 days, or until December 1, 2015, to permit them to continue to pursue settlement discussions.

I find and conclude that an additional abatement of this appeal is proper to permit the parties to continue to pursue an attempted settlement of this appeal. For the purpose of managing the docket of this court, I find also that this case should be closed administratively during the abatement of this appeal, subject to reopening for good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Status Report and Joint Motion To Extend Abatement of Appeal Pending Settlement Negotiations** [#9] filed September 30, 2015, is granted;

2. That this appeal and all deadlines in this appeal are abated until December 1, 2015;

3. That under **D.C.COLO.LCivR 41.2**, this case is closed administratively; and

4. That under **D.C.COLO.LCivR 41.2**, the clerk is directed to close this bankruptcy appeal administratively, subject to reopening for good cause.

Dated October 20, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge